UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica De Armond v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. *3:10-cv-13468-DRH-PMF* |
| *Michelle Boyster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. *3:11-cv-10012-DRH-PMF* |
| *Mary D'Amato v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. *3:11-cv-10013-DRH-PMF* |
| *Dawn Ferrese v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. *3:11-cv-10031-DRH-PMF* |
| *Maureen Noble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. *3:11-cv-10037-DRH-PMF* |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 13, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

>NANCY J. ROSENSTENGEL,
>CLERK OF COURT
>
>BY:  /s/*Sara Jennings*
> Deputy Clerk

Dated:  February 14, 2013

APPROVED:

Digitally signed by David R. Herndon
Date: 2013.02.14 13:02:55 -06'00'

CHIEF JUDGE
U. S. DISTRICT COURT